## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Willie J. Zeno, Sr.
In Proper Person
133 Ambroise St.
Lafayette LA 70501

**REHEARING ACTION: May 11, 2011**

**Docket Number: 10   01413-WCA**

**WILLIE J. ZENO, SR.**
**VERSUS**
**FLOWERS BAKING COMPANY**

**Appealed from Office of Workers' Compensation - # 4 Case No. 1002790**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. Billy Howard Ezell**
  **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Willie J. Zeno, Sr.** has this day been

   **DENIED.**

cc: Charles J. Foret, Counsel for the Appellee